IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Faustino X. Betancourt-Colón<br><br>    Plaintiff<br><br>        v.<br><br>Be Smart LLC.<br><br>    Defendant | Civil No. 23-1424(RAM) |

**JUDGMENT**

On January 16, 2024, Plaintiff filed a Motion for Voluntary Dismissal (Docket No. 17). In accordance with the Order entered today (Docket No. 18), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of January 2024.

s/Raúl M. Arias-Marxuach
UNITED STATES DISTRICT JUDGE